**2002–0953.   In re Subpoena Duces Tecum Served Upon Attorney Potts.**

Lucas App. No. L–01–1033, 2002-Ohio-2050. On motion to strike appellee's merit brief. Motion denied.
RESNICK, J., not participating.

**2002–1415.   Hager v. Waste Technologies Industries.**

Columbiana App. No. 2000CO45, 2002-Ohio-3466. On motion for admission pro hac vice of Louis M. Tarasi Jr. by Richard L. Lancione. Motion granted.

**2002–1792.   State v. Perry.**

Franklin App. No. 01AP–996, 2002-Ohio-4545. On motion for stay of execution of court of appeals' judgment pending duration of Supreme Court of Ohio appeal. Motion granted.
F.E. SWEENEY and PFEIFER, JJ., dissent.

**2002–2205.   Brown v. Zurich US.**

Franklin App. No. 02AP–9, 150 Ohio App.3d 105, 2002-Ohio-6099. On motion for stay of court of appeals' judgment. Motion denied.
LUNDBERG STRATTON, J., would grant upon proof of the posting of bond.

**2003–0020.   Maggiore v. Kovach.**

Stark App. No. 2002CA109, 2002-Ohio-6301. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Judgment Entry filed December 9, 2002:

"Does R.C. 5321.17 apply to commercial leases such that a landlord must give a thirty-day notice to a commercial month-to-month tenant in addition to a three-day notice as provided by R.C. 1923.04."
F.E. SWEENEY and O'CONNOR, JJ., dissent.

The conflict case is *Sterling Healthcare Group, Inc. v. Laughlin* (May 28, 1993), Wood App. No. 92–WD–051.

**2003–0154.   State ex rel. Dapper v. Edwards.**

In Mandamus. On motion for stay of demolition of home. Motion denied.
MOYER, C.J., dissents.

**2003–0180.   State v. Harrold.**

Summit App. No. 21143, 2002-Ohio-6115. On review of order certifying a conflict. The court determines that a conflict exists; cause consolidated with 2002–2236, *State v. Harrold*, Summit App. No. 21143, 2002-Ohio-6115; causes held for the decision in 2002–0351 and 2002–0422, *State v. Comer*, Lucas App. No. L–99–1296, 2002-Ohio-233; and briefing schedule stayed.

**2003–0184.   State ex rel. Ahmed v. Costine.**

Belmont App. No. 02BE55, 2002-Ohio-7174. On motion to supplement record. Motion denied.
PFEIFER, J., dissents.

**2003–0233.   Chrysler Fin. Co., L.L.C. v. Zaino.**

Board of Tax Appeals, No. 2001–T–36. On motion for admission pro hac vice of Peter Larsen, David Otero, and Cynthia Baines by Edward Bernert. Motion granted.

**2003–0243.   State v. Thomson.**

Lucas App. No. L–02–1290. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and PFEIFER, J., dissent.

**2003–0292.   State v. Brown.**

Hamilton App. No. C–010755, 2002-Ohio-5813. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and PFEIFER, J., dissent.